IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN HUGHES,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **LIBERTY MUTUAL PERSONAL** | : | |
| **INSURANCE COMPANY,** | : | |
| *Defendant.* | : | **NO. 23-cv-03934** |

**O R D E R**

**AND NOW** this **5th day of June 2024**, upon consideration of Plaintiff's Motion for Reconsideration and for a Brief Extension of the Discovery Deadline (ECF No. 36) and Defendant's Response in Opposition (ECF No. 39), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 36) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**