IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN HUGHES,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL PERSONAL** | : | |
| **INSURANCE COMPANY,** | : | |
| *Defendant.* | : | **NO. 23-cv-03934** |

## ORDER

**AND NOW,** this **5th** day of **August 2024**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 32), Plaintiff's Response in Opposition (ECF No. 42), and Defendant's Reply (ECF No. 43), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 32) is **GRANTED** in its entirety, and the case is **DISMISSED**. The Clerk of Court is hereby **DIRECTED** to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**